# EXHIBIT 1



Worldwide Marine Oil Suppliers

2603 Augusta Drive, Suite 1260
Houston TX 77057, USA
TEL:713.622.0600 FAX: 713.622.0609 EMAIL:HOUSTON@PRAXISENERGYAGENTS.COM

## BUNKER NOMINATION

**CONTRACT NUMBER:** 22247

**CONTRACT DATE:** 16 October 2018

**BUYER:**
M/V CARIBE MARIA (IMO: 9337286)
AND/OR PARCHEM III TT AS
AND/OR MASTER AND/OR OWNER AND/OR
MANAGERS AND/OR OPERATORS
AND/OR CARIBE TANKERS LTD C/O CARIBE TANKERS
INC
2202-B WEST ALABAMA STREET
HOUSTON, TX 77098
UNITED STATES

**TO:** CARIBE TANKERS LTD C/O CARIBE TANKERS INC
**ATTENTON:** JOHN HOLDEN
**PREPARED BY:** GILBERT JIMENEZ

ACTING AS CONTRACTUAL 'SELLERS' AND IN ACCORDANCE WITH THE INSTRUCTIONS RECEIVED FROM THE PURCHASER, "M/V CARIBE MARIA (IMO: 9337286)" AND OWNERS, WE CONFIRM THE FOLLOWING BUNKER STEM. THIS TRANSACTION IS COVERED BY OUR STANDARD TERMS AND CONDITIONS, A COPY OF WHICH IS IN YOUR POSSESSION. IF YOU HAVE NOT RECEIVED A COPY, ONE IS AVAILABLE IMMEDIATELY UPON REQUEST OR VIA OUR WEBPAGE AT HTTP://WWW.PRAXISENERGYAGENTS.COM. THE ACCEPTANCE OF MARINE FUELS, LUBRICANTS AND/OR SUPPLIES BY THE NOMINATED VESSEL SHALL BE DEEMED TO CONSTITUTE THE CLEAR ACCEPTANCE OF OUR STANDARD TERMS AND CONDITIONS, WHICH INCLUDE EXPRESSLY SELLER'S MARITIME LIEN RIGHTS.

| | |
|---|---|
| **SELLER / SUPPLIER:** | PRAXIS ENERGY AGENTS, LLC |
| **BDR / BARGE OPERATOR:** | J.A.M. MARINE DIVISION |
| **VESSEL:** | M/V CARIBE MARIA (IMO: 9337286) |
| **PORT OF DELIVERY:** | PORT NECHES (ANCHORAGE) |
| **DELIVERY DATE:** | 20 October 2018 |
| **EXTRA CHARGES:** | OVERTIME, TAXES, PORT & TERMINAL DUES., FOR BUYERS' ACCOUNT IF INCURRED |
| **OBSERVERS:** | OPERATIONS TO BE WITNESSED BY THE VESSEL'S REPRESENTATIVE. |
| **AGENTS:** | NORTON LILLY; TEL: 409-833-0000; EMAIL: PAB-OPS@NORTONLILLY.COM |
| **TERMS OF PAYMENT:** | WITHIN 50 DAYS DUE NET FROM DATE OF DELIVERY VIA WIRE TRANSFER AGAINST ORIGINAL INVOICE AND DELIVERY RECEIPT(S) |

| Product ID / Description | Quantity / UOM | Net Price / Qty |
|---|---|---|
| MARINE GASOIL (DMA MAX. 0.1%) | 180.000 MT | USD 755.00 / MT |
| FED & L.U.S.T. TAX | 1.000 EA | USD 175.77 / EA |

*VOYAGE #72*

1. ALL DELIVERIES IN PORT NECHES ARE SUBJECT TO BARGE/TRUCK ACCESIBILITY AND WEATHER PERMITTING BASIS.;
2. MEASUREMENTS OF THE BARGE'S / TRUCK'S TANKS SHOULD BE TAKEN PRIOR AND AFTER THE BUNKERING OPERATION, AND THE FIGURES OBTAINED THEREIN SHALL BE THE ONLY ONES TO BIND ALL PARTIES FOR THE FINAL DETERMINATION OF QUANTITY DISPUTES;

3. DURING BUNKERING OPERATION, NO LESS THAN ONE SEALED REPRESENTATIVE SAMPLE CAN BE TAKEN IN COMPLIANCE WITH THE MARPOL ANNEX VI GUIDELINES; AS LONG AS THEY DO NOT DEFY SAFETY PROCEDURES OR THE PHYSICAL SUPPLIER'S PRACTICING STANDARDS.;
4. QUALITY SPECIFICATIONS TO BE IN ACCORDANCE WITH THE INTERNATIONAL STANDARDS AS THOSE SET BY THE INTERNATIONAL STANDARDIZATION ORGANIZATION ISO 8217/2010 (E) AND THE LATEST REGULATIONS

E&OE



Worldwide Marine Oil Suppliers

2603 Augusta Drive, Suite 1260
Houston TX 77057, USA
TEL:713.622.0600 FAX: 713.622.0609 EMAIL:HOUSTON@PRAXISENERGYAGENTS.COM

| BUNKER NOMINATION | CONTRACT NUMBER: | 22247 |
|---|---|---|

OF THE MARPOL ANNEX VI.;

E&OE